IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| ALL-STAR MEDICAL, LLC. | ) | |
| EIN: XX-XXX2851 | ) | CASE NO. 17-82507-CRJ11 |
| | ) | |
| Debtor. | ) | CHAPTER 11 |
| | ) | |

**MOTION FOR LEAVE TO WITHDRAW MOTION FOR FINAL DECREE**

COMES NOW Debtor, All-Star Medical, LLC. ("Movant"), by and through its undersigned counsel, and moves for leave to withdraw its Motion for Final Decree [Doc. 191] dated September 24, 2018, without prejudice to its refiling.

Respectfully submitted on this the 10th day of December, 2018.

/s/ Kevin D. Heard
KEVIN D. HEARD
Attorney for Debtor
HEARD, ARY & DAURO, LLC
303 Williams Avenue
Park Plaza, Suite 921
Huntsville, Alabama 35801
Tel: (256) 535-0817 / Fax: (256) 535-0818
kheard@heardlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 10th day of December, 2018, I served a copy of the foregoing **MOTION FOR LEAVE TO WITHDRAW MOTION FOR FINAL DECREE** on the parties listed below and on the attached matrix by depositing the same in the United States Mail, postage prepaid and properly addressed, via electronic mail at the e-mail address below, unless the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures as indicated below:

1

**Notice will be electronically mailed to:**

Richard M Blythe
Richard_Blythe@alnba.uscourts.gov, courtmaildec@alnba.uscourts.gov

**Notice will be mailed to:**
**All parties on the attached matrix were served via U.S. Mail.**

                                                  */s/ Kevin D. Heard*
                                                  KEVIN D. HEARD

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-8<br>Case 17-82507-CRJ11<br>NORTHERN DISTRICT OF ALABAMA<br>Decatur<br>Mon Dec 10 16:48:39 CST 2018 | *American Express<br>Attn: Bankruptcy Department<br>20 Corporate Hills Dr.<br>Saint Charles, MO 63301-3749 | *De Lage Landen<br>PO Box 41602<br>Philadelphia, PA 19101-1602 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | *Invacare<br>1320 Taylor St<br>Elyria, OH 44035-6250 | *Key Equipment<br>PO Box 74713<br>Cleveland, OH 44194-0796 |
| *MDA<br>P.O. Box 11407<br>Birmingham, AL 35246-0100 | *Navitas<br>PO Box 935204<br>Atlanta, GA 31193-5204 | *On Deck Capital<br>901 N Stuart St. Ste. 700<br>Dallas, TX 75266 |
| *PIRS<br>40 Exchange Place Ste. 403<br>New York, NY 10005-2760 | *Pinnacle<br>PO Box 538535<br>Atlanta, GA 30353-8535 | *Progress Bank<br>201 Williams Ave.<br>Huntsville, AL 35801-4308 |
| *Progress Bank<br>Attn: Bankruptcy Department<br>201 Williams Avenue<br>Huntsville, AL 35801-4308 | *RESMED<br>9001 Spectrum Blvd.<br>San Diego, CA 92123 | *TCF Equipment Finance<br>PO Box 77077<br>Minneapolis, MN 55480-7777 |
| *TCF National Bank<br>PO Box 77077<br>Minneapolis, MN 55480-7777 | *VGM Financial<br>PO Box 77077<br>Minneapolis, MN 55480-7777 | *Visa<br>PO Box 2988<br>Omaha, NE 68103-2988 |
| *Wells Fargo<br>PO Box 51174<br>Los Angeles, CA 90051-5474 | AG Industries<br>3637 Scarlette Oak Blvd.<br>Saint Louis, MO 63122-6605 | AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 |
| AVG Technologies<br>9300 Harris Corners Pkwy. Ste. 450.<br>Charlotte, NC 28269-3814 | C Stephen Alexander<br>2177 11th Court South<br>Birmingham, AL 35205-2805 | All Star Medical, LLC<br>P.O. Box 18947<br>Huntsville, AL 35804-8947 |
| All-Star Real Estate<br>POBox 506<br>Huntsville, AL 35804-0506 | Angela Stewart Ary<br>Heard, Ary & Dauro, LLC<br>303 Williams Avenue SW<br>Park Plaza Suite 921<br>Huntsville, AL 35801-6012 | Chad Wayne Ayres<br>Wilmer and Lee, P.A.<br>100 Washington Street, Ste 200<br>Huntsville,, AL 35801-4851 |
| BSN<br>PO Box 751766<br>Charlotte, NC 28275-1766 | Balboa Capital Corporation<br>2010 Main Street, 11th Floor<br>Irvine, CA 92614-8250 | Balboa Capital Corporation<br>575 Anton Boulevard<br>12th Floor<br>Costa Mesa, CA 92626-7169 |

| | | |
|---|---|---|
| Bank of America, N.A.<br>PO Box 105658<br>Atlanta, GA 30348-5658 | Richard Blythe<br>BA Decatur<br>P O Box 3045<br>Decatur, AL 35602-3045 | Richard M Blythe<br>United States Bankruptcy Administrator<br>PO Box 3045<br>Decatur, AL 35602-3045 |
| Briggs<br>4900 University Ave Ste. 200 West<br>West Des Moines, IA 50266-6733 | C. Stephen Alexander<br>Atty. for Plaintiff<br>2177 11th Court South<br>Birmingham, AL 35205-2805 | Custom Communication<br>3050 Guess Park Dr.<br>Birmingham, AL 35215-8700 |
| DRIVE<br>PO Box 842450<br>Boston, MA 02284-2450 | De Lage - Landen<br>Vendor Finance Services<br>1111 Old Eagle School Road<br>Wayne, PA 19087-1453 | Dowdy<br>120 N 5th St.<br>Gadsden, AL 35901-3772 |
| Essential Medical<br>6420 Hazeltine National Dr.<br>Orlando, FL 32822-5121 | Essential Medical Supply, Inc<br>6420 Hazeltine National Drive<br>Orlando, FL 32822-5121 | GE Capital<br>Attn: Bankruptcy Department<br>P.O. Box 740425<br>Atlanta, GA 30374-0425 |
| Phil Garmon<br>2407 Memorail Pkwy.<br>Suite 1<br>Huntsville, AL 35801-5655 | Alexandra K. Garrett<br>Silver Voit & Thompson<br>4317 A Midmost Drive<br>Mobile, AL 36609-5507 | HSV Rent<br>2407 Holdings<br>2407 Memorial Pkwy. Ste. 9<br>Huntsville, AL 35801-5655 |
| Kevin D. Heard<br>Heard, Ary & Dauro, LLC<br>303 Williams Avenue SW<br>Park Plaza Suite 921<br>Huntsville, AL 35801-6012 | IMS<br>12600 Holiday Dr.<br>Alsip, IL 60803-3250 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Insolvency Section Internal Revenue Service<br>801 Broadway<br>MDP 146, Room 285<br>Nashville, TN 37203-3816 | Invacare Credit Corp<br>1320 Taylor Street<br>Elyria, OH 44035-6250 | JDL, LLC<br>PO Box 799<br>Madison, AL 35758-0799 |
| MDA Professional Group, PC<br>P.O. Box 1188<br>Albertville, AL 35950-0019 | MEDLIFT<br>PO Box 1249<br>Calhoun City, MS 38916-1249 | Magnolia Properties<br>PO Box 457<br>Albertville, AL 35950-0008 |
| Nissan<br>POB 660366<br>Dallas, TX 75266-0366 | Richard E. O'Neal<br>Assistant U.S. Attorney<br>1801 4th Avenue North<br>Birmingham, AL 35203-2101 | Personnel Staffing, Inc.<br>Knowles & Sullivan, LLC<br>400 Broad Street, Suite 105<br>Gadsden, AL 35901-3774 |
| Personnel Staffing, Inc.<br>PO Box 172<br>Gadsden, AL 35902-0172 | Phil Garmon<br>PO Box 18947<br>Huntsville, AL 35804-8947 | Samuel Carlton Pierce<br>Baker Donelson<br>420 20th Street, Suite 1400<br>Birmingham, AL 35203-3221 |

| | | |
|---|---|---|
| Pitcock<br>5894 Murfreesboro Hwy<br>Manchester, TN 37355-5201 | Progress Bank & Trust<br>c/o Chad W. Ayres<br>Wilmer & Lee, P.A.<br>P. O. Box 2168<br>Huntsville, AL 35804-2168 | Progress Bank & Trust<br>201 Williams Avenue<br>Huntsville, AL 35801-4308 |
| Eric L. Pruitt<br>Baker Donelson Bearman, Caldwell & B<br>1400 Wells Fargo Tower<br>420 North 20th Street<br>Birmingham, AL 35203-5202 | ResMed Corp.<br>9001 Spectrum Center Blvd.<br>Attn: Credit and Collections<br>San Diego, CA 92123-1438 | Respironics<br>PO Box 405740<br>Atlanta, GA 30384-5700 |
| Respironics Inc./Phillips Healthcare<br>Marcy Hikida<br>22100 Bothell Everett Highway<br>Bothell, WA 98021-8431 | S. Dagnal Rowe<br>PO Box 2168<br>Huntsville, AL 35804-2168 | SHELL<br>PO Box 9001015<br>Louisville, KY 40290-1015 |
| Secretary of the Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | Skinner Properties, LLC<br>Engel, Hairston & Johanson, P.C.<br>c/o Alto Lee Teague, IV<br>P.O. Box 11405<br>Birmingham, AL 35202-1405 | Skinner Properties, LLC<br>Engel, Hairston & Johanson, P.C.<br>C/o Alto Lee Teague, IV, Esq.<br>P.O. Box 11405<br>Birmingham, AL 35202-1405 |
| Smith Infiniti Huntsville<br>1010 Old Monrovia Rd.<br>Huntsville, AL 35806-3504 | So Clean<br>36 Town Forest Rd<br>Oxford, MA 01540-2839 | Steering Committee<br>c/o Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745 |
| TCF National Bank<br>1111 W. San Maran Dr.<br>Ste. A2 West<br>Waterloo, IA 50701-8926 | Alto Lee Teague IV<br>Engel, Hairston and Johanson, P.C.<br>P.O. Box 11405<br>Birmingham,, AL 35202-1405 | Tess<br>PO box 1916<br>Gallatin, TN 37066-1916 |
| Haley K Tucker<br>Knowles & Sullivan, LLC<br>400 Broad Street, Suite 105<br>Gadsden, AL 35901-3774 | U.S. Securities and Exchange Commission<br>Regional Director, Branch of Reorganizat<br>Atlanta Regional Office, Suite 900<br>950 East Paces Ferry Road<br>Atlanta, GA 30326-1180 | UNIVERSAL FINANCIAL SYSTEMS, INC.<br>5877 PINE AVE<br>STE 200<br>CHINO HILLS, CA 91709-6543 |
| United States Attorney<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203-2101 | United States Bankruptcy Administrator<br>Northern District of Alabama<br>1800 Fifth Avenue North<br>Birmingham, AL 35203-2111 | Univ Fin System<br>PO Box 2439<br>Chino Hills, CA 91709-0082 |
| VGM Financial<br>PO Box 7707<br>Minneapolis, MN 55479-0001 | Lawrence B Voit<br>Silver Voit & Thompson<br>4317-A Midmost Drive<br>Mobile, AL 36609-5507 | Weathers Properties<br>210 East Main St<br>Albertville, AL 35950-1737 |
| Well Fargo Leasing<br>PO Box 105710<br>Atlanta, GA 30348-5710 | Wells Fargo<br>PO Box 105710<br>Atlanta, GA 30348-5710 | Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-9482 |

| | | |
|---|---|---|
| Wells Fargo Equipment Finance<br>83 Wooster Heights Rd<br>Danbury, CT 06810-7548 | Wells Fargo Equipment Finance Inc.<br>c/o Wells Fargo Bank, Leslie Lovelace<br>301 S. Tryon Street, 16th Floor<br>MAC D1130-161<br>Charlotte, NC 28282-1915 | Wells Fargo Financial Leasing, Inc.<br>1010 Thomas Edison Blvd. SW<br>Cedar Rapids, IA 52404-8247 |
| Wells Fargo Leasing<br>PO Box 105710<br>Atlanta, GA 30348-5710 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

*Department of Treasury
Internal Revenue Service
Attn: Bankruptcy Department
P.O. Box 249
Memphis, TN 38101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 | (d)Invacare Credit Corp<br>1320 Taylor Street<br>Elyria OH 44035-6250 | (d)TCF National Bank<br>PO Box 77077<br>Minneapolis, MN 55480-7777 |
| (d)TCF National Bank<br>Po Box 77077<br>Minneapolis, MN 55480-7777 | (d)TCF National Bank<br>Po Box 77077<br>Minneapolis, MN 55480-7777 | End of Label Matrix<br>Mailable recipients    93<br>Bypassed recipients     5<br>Total                  98 |