**Trn–501** [Order Appointing Interim Trustee] (Rev. 09/15)

# United States Bankruptcy Court
## NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **In re:** <br> All Star Medical, LLC <br> **EIN:** 20–2642851 <br><br> **Debtor(s)** | **Case No.** 17–82507–CRJ7 <br> **Chapter** 7 |

## ORDER APPOINTING INTERIM TRUSTEE AND APPROVING STANDING BOND

It is **ORDERED** and notice is hereby given that:

1. The following interim trustee is hereby appointed, and the trustee's standing bond is fixed under the general blanket bond heretofore approved.

**Tazewell Shepard**
Tazewell Shepard, Trustee
PO Box 19045
Huntsville, AL 35804

2. Unless the interim trustee files a rejection of this appointment within seven (7) days following receipt of this order, the trustee will be deemed to have accepted this appointment as provided by Rule 2008.

Dated: February 20, 2019

/s/ Clifton R. Jessup Jr.
United States Bankruptcy Judge

rfl