

# INVOICE

Invoice # 1487
Date: 10/13/2020
Due Upon Receipt

# Sparkman, Shepard & Morris, P.C.

P.O. BOX 19045
Huntsville, AL 35804

Tazewell T. Shepard, TRUSTEE
P. O. Box 19045
Huntsville, AL 35801

## 00311-Shepard, TRUSTEE-All Star Medical, LLC Bankruptcy Case No.: 17-82507-CRJ-7

## All Star Medical, LLC Bankruptcy Case No.: 17-82507-CRJ-7

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 06/06/2019 | Reimbursable expenses: Copies - 2 pages - Application to Employ SSM | 2.00 | $0.25 | $0.50 |
| Expense | 06/06/2019 | Reimbursable expenses: Postage - 1 x .50 - Application to Employ SSM | 1.00 | $0.50 | $0.50 |
| Expense | 06/13/2019 | Reimbursable expenses: Copies - 152 pages - Motion for Turnover of Funds by Custodian | 152.00 | $0.25 | $38.00 |
| Expense | 06/13/2019 | Reimbursable expenses: Postage - 76 x .50 - Motion for Turnover of Funds by Custodian | 76.00 | $0.50 | $38.00 |
| Expense | 06/17/2019 | Reimbursable expenses: Filing Fee - Motion for Order Authorizing the Abandonment, Disposal and/or Destruction of Certain Books and Records and for Allowance of Administrative Expense | 1.00 | $181.00 | $181.00 |
| Expense | 06/17/2019 | Reimbursable expenses: Copies - 156 pages - Motion Authorizing Destruction of Records & Allowance of Administrative Expense | 156.00 | $0.25 | $39.00 |
| Expense | 06/17/2019 | Reimbursable expenses: Postage - 78 x .50 - Motion Authorizing Destruction of Records & Allowance of Administrative Expense | 78.00 | $0.50 | $39.00 |
| Expense | 07/09/2019 | Reimbursable expenses: Copies - 154 pages - Application to Employ Auction & Motion for Authority & Notice of Intent to Sell Unencumbered Assets | 154.00 | $0.25 | $38.50 |
| Expense | 07/09/2019 | Reimbursable expenses: Postage - 76 x .50 - Application to Employ Auction & Motion for Authority & | 76.00 | $0.50 | $38.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Notice of Intent to Sell Unencumbered Assets | | | |
| Expense | 08/05/2019 | Reimbursable expenses: Travel to and from Decatur for hearing on Application to Employ Auctioneer & Motion for Authority to Seel | 1.00 | $9.72 | $9.72 |
| Expense | 11/04/2019 | Reimbursable expenses: Travel to/from Decatur for hearing on Motion for Compensation for K. Heard | 1.00 | $9.72 | $9.72 |
| Expense | 11/06/2019 | Reimbursable expenses: Copies - 237 pages - Application to Employ Benefit Professionals, Inc. & Motion for Authority to Terminate and Wind Down Debtor's Employee Benefit Plan | 237.00 | $0.25 | $59.25 |
| Expense | 11/06/2019 | Reimbursable expenses: Postage - 79 x .50 - Application to Employ Benefit Professionals, Inc. & Motion for Authority to Terminate and Wind Down Debtor's Employee Benefit Plan | 79.00 | $0.50 | $39.50 |
| Expense | 12/03/2019 | Reimbursable expenses: Travel to/from Decatur for hearing | 1.00 | $14.58 | $14.58 |
| | | | | **Total** | **$545.27** |

Please make all amounts payable to: Sparkman, Shepard & Morris, P.C.